# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| VOTEAMERICA and VOTER PARTICIPATION CENTER, | |
| Plaintiffs, | Civil Action No. 2:21-CV-2253 |
| v. | |
| SCOTT SCHWAB, in his official capacity as Secretary of State of the State of Kansas; DEREK SCHMIDT, in his official capacity as Attorney General of the State of Kansas; STEPHEN M. HOWE in his official capacity as District Attorney of Johnson County, | |
| Defendants. | |

## ENTRY OF APPEARANCE

Mark P. Johnson and Wade Carr, Dentons US LLP, enter their appearance on behalf of the Plaintiffs VoteAmerica and Voter Participation Center, to act as additional counsel for the Plaintiffs.

Respectfully submitted,

*/s/ Mark P. Johnson*

Mark P. Johnson KS Bar #22289, D. Kan. #22289
Wade Carr KS Bar #25105, D. Kan. #25105
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, MO  64105
816/460-2400
816/531-7545 (fax)
Mark.johnson@dentons.com
Wade.carr@dentons.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July, 2021, I electronically filed the above and foregoing document using the CM/ECF system, which automatically causes notice and a copy of this filing to be sent to all counsel of record.

/s/ Mark P. Johnson
Mark P. Johnson
Attorney for Plaintiffs