## CLERK'S COURTROOM MINUTE SHEET – CIVIL

VOTEAMERICA and
VOTER PARTICIPATION CENTER,

                Plaintiffs,

     v.                                      Case No:   21-cv-2253-KHV

SCOTT SCHWAB,
DEREK SCHMIDT, and
STEPHEN HOWE

                Defendants.

**Appearing for Plaintiff(s):**
Mark Johnson
Jonathan Youngwood
Alice Huling
Christopher Lapinig
Nicole Palmadesso
Danielle Lang
Brooke Jarrett

**Appearing for Defendant(s):**
Brad Schlozman
Scott Schillings

| JUDGE: | Kathryn H. Vratil | DATE: | 1/24/2023 |
|---|---|---|---|
| CLERK: | Audra Harper | TAPE/REPORTER: | Nancy Wiss |

## MOTION HEARING

The parties appear by counsel.

Before the Court is <u>Joint Motion to Remove from Trial Docket</u> (Doc. #172), filed January 20, 2023. For reasons stated on the record, the Court OVERRULES the motion.

<u>Defendant's Motion for Summary Judgment Regarding Counts I-III</u> (Doc. #141) and <u>Plaintiff's Motion for Summary Judgment</u> (Doc. #144), both filed October 14, 2022, are hereby OVERRULED but will be considered as trial briefs in resolving the issues at trial on March 13, 2023. Disputed facts shall be considered as proposed findings. On this written record, the case is not in a proper position for disposition.

<u>Plaintiff Voter Participation Center's Motion to Exclude the Testimony and Report of Kenneth J. Block</u> (Doc. #148), filed October 15, 2022, is OVERRULED. The expert's analysis is necessary to assist the Court and his methodology is not seriously questioned. Any objections to his conclusions can be raised contemporaneously.