**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

VOTEAMERICA and VOTER
PARTICIPATION CENTER,

               Plaintiffs,

    v.

SCOTT SCHWAB, in his official capacity as
Secretary of State of the State of Kansas;
KRIS KOBACH, in his official capacity as
Attorney General of the State of Kansas;
STEPHEN M. HOWE, in his official capacity
as District Attorney of Johnson County,

               Defendants.

Civil Action No. 2:21-CV-2253

**DECLARATION OF MARK P. JOHNSON
IN SUPPORT OF PLAINTIFFS' OPENING BRIEF**

I, Mark P. Johnson, make this declaration pursuant to K.S.A. § 60-256(e)(1) and hereby state as follows:

1. I am a partner at the law firm of Dentons US LLP, counsel for Plaintiff Voter Participation Center. I respectfully submit this declaration in support of Plaintiffs' Opening Brief regarding the remaining issues in this matter for resolution.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Voter Participation Center Sample Mailer, admitted by this Court as Exhibit 4 during the September 8, 2021 preliminary injunction hearing in this matter. *See* ECF 43-2 at 1, ECF 45 at 2, 41:7-18, 51:5-9.

3. Attached hereto as Exhibit 2 is a true and correct copy of an example advance mail ballot application and accompanying letter from Center for Voter Information, admitted by

this Court as Exhibit C during the September 8, 2021 preliminary injunction hearing in this matter. *See* ECF 43-3 at 1, ECF 45 at 2, 93:7-9, 104:11-16

4.      Attached hereto as Exhibit 3 is a true and correct copy of a sample advance mail ballot application and accompanying letter from Kansas Democratic Party, admitted by this Court as Exhibit D during the September 8, 2021 preliminary injunction hearing in this matter. *See* ECF 43-3 at 1, ECF 45 at 2, 86:10-19, 87:7-10.

5.      I declare under penalty of perjury under the laws of the United States and the State of Kansas that the foregoing is true and correct.

Executed this 31st day of January, 2025 in Kansas City, Missouri.

By: _____

Mark P. Johnson

2