# EXHIBIT 1

## to Johnson Declaration

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| VOTEAMERICA and VOTER PARTICIPATION CENTER,<br><br>                Plaintiffs,<br><br>     v.<br><br>SCOTT SCHWAB, in his official capacity as Secretary of State of the State of Kansas; DEREK SCHMIDT, in his official capacity as Attorney General of the State of Kansas; STEPHEN M. HOWE, in his official capacity as District Attorney of Johnson County,<br><br>                Defendants. | Civil Action No. 2:21-CV-2253 |

# Exhibit 2.A
Voter Participation Center Sample Mailer

V2002    KSR    KSAS02435568

**The Center for Voter Information**

4319 South National #315
Springfield MO, 65810

© 2016-2020 The Center for Voter Information.
All Rights Reserved.

VOTE AT HOME BALLOT REQUEST FORM
DO NOT DISCARD

ELECTRONIC SERVICE REQUESTED

NONPROFIT
U.S. POSTAGE
**PAID**
PERMIT #2227
LANSDALE, PA

32150000011
Jane A. Smith
123 Main Street
Anytown, KS   12345-6789

KSR
V2003

# Center For Voter Information

> If you've already submitted a request for a ballot by mail for the 2020 General Election, there is no need to submit another request.

Dear Jane,

**County election officials in Kansas encourage voters to use mail ballots in upcoming elections.** I have sent you the enclosed advance voting application already filled out with your name and address.

**Voting by mail is EASY.** Just sign, date, and complete the application. Drop it in the mail and you will receive a ballot from your county election office which you can complete and return without ever leaving your home. No waiting in line.

**Voting by mail keeps you healthy and safe.** The best way to protect yourself, your family, and your whole community during this time is to vote by mail.

You can even research the candidates as you vote.

**Your privacy is protected.** If you use the enclosed envelope with **pre-paid postage,** your application will be delivered directly to your county election office.

You can check your ballot status at: **myvoteinfo.voteks.org/voterview.**

Sincerely,

*Lionel Dripps*

Lionel Dripps
*Center for Voter Information*



**HOW DO YOU COMPARE WITH OTHERS?***

Your Participation          Average of All Voters

**Your voting score is:**
below average

P.S. We have already filled in your name and address on the enclosed form. **Please take a minute to complete the form, sign and date it, and place the form in the pre-addressed, postage-paid envelope.** Thank you.

*Data obtained from publicly available state voter files.

If you wish to be removed from our mailing list, email this code: KSAS0243568 to unsubscribe@centerforvoterinformation.org

This mailing has been paid for by the Center for Voter Information (CVI). CVI is a non-government, nonprofit, 501(c)(4) organization. **(866)-377-7396** www.centerforvoterinformation.org. CVI is not affiliated with state or local election officials.
© 2016-2020 The Center for Voter Information. All Rights Reserved.

32150000011



VKS01
V2002

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV


FORM
AV1M

### 1. Affirmation

Affirmation of an Elector of the County of ____SEWARD____ and State of Kansas Desiring to Vote an Advance Voting Ballot

State of _____, County of _____, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information    Please print.

SMITH                                    JANE                                    A
Last Name                                First Name                              M.I.        Date of Birth (MM/DD/YY)

123 MAIN STREET                          ANYTOWN                   KS              12345
Residential Address                      City                      State           Zip Code

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

_____    _____    _____    _____
Mailing Address                          City                      State           Zip Code

**Note:** The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature    Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on ____11/03/2020____ (date).

**Required ►**

_____    _____    _____
Signature of Voter                       Date (MM/DD/YY)                Phone Number

FOR OFFICE USE ONLY  Date App. Rec'd. _____  Ballot Mailed _____  Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

32150000011 KSAS0243568 KSR

SEWARD

VKS01
V2002

# IT'S AS EASY AS 1-2-3

You're a voter, and for you, voting by mail is simple. Here's how it works:

**STEP 1:** You complete, sign, and mail the form on the reverse of this sheet.

**STEP 2:** Your county election office sends you an advance ballot by mail.

**STEP 3:** You fill out the ballot and return it to your county election office–by mail.

## SEE REVERSE FOR YOUR APPLICATION TO VOTE-BY-MAIL

For questions, please call your county election office. You can find their phone number at
**https://www.sos.ks.gov/elections/county_election_officers.aspx**

Jane A. Smith
123 Main Street
Anytown, KS 12345-6789

**NO POSTAGE NECESSARY.**
**POSTAGE HAS BEEN PAID.**

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
VPC
IMB-POSTAGE

SEWARD COUNTY CLERK
515 N Washington Ave Ste 100
Liberal, KS 67901-3496