# EXHIBIT 3

## to Johnson Declaration

Kansas Democratic Party
P.O. Box 1914
Topeka, KS 66601

NONPROFIT ORG
U.S. Postage
PAID
Topeka, KS
PERMIT 127

000017 0807

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*ECRWSH\*\*C092

156339

or Current Resident
NE Lime St
Topeka, KS 66616-

**Open Immediately: Your official Kansas postage-paid ballot request form is enclosed.**

156339

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
DS
IMB-POSTAGE

000017

Shawnee County Elections Officer
3420 SW Van Buren St
Topeka KS 66611

156339

BOL20007 RET

# KANSAS VOTER ALERT

## ALL REGISTERED VOTERS ARE ELIGIBLE TO VOTE BY MAIL. RETURN YOUR POSTAGE-PAID BALLOT REQUEST TODAY!

**As a Kansas voter, you're eligible to request a ballot by mail.** Voting by mail is easy, convenient, safe, and secure.

> **Easy To Do:** By mailing the enclosed form in the enclosed return envelope, you'll get your ballot for the 2020 General Election mailed to you.

> **Convenient:** You can cast your vote for President, U.S. Senate, Congress, and other candidates without having to leave your home.

> **Safe And Secure:** Your personal information and your vote will always be secret.

If you have already requested a ballot by mail, verify your status at **KSVotes.org**.

Requesting your ballot using the enclosed form is as **easy as 1-2-3**:

1. **Finish filling out the enclosed request form.**
   We've started filling out this form for you, but you'll need to fill in a few more blanks.

   > **Verify all the pre-filled information is accurate.** You can correct your information directly on the form, or you can request your ballot at KSVotes.org.

   > **Fill out the state and county where you are currently located.** This may be different than the county where you are registered to vote.

   > **Add your Kansas driver's license number.** If you don't have a Kansas driver's license, follow the instructions listed on the form.

   > **Sign, date, and add a phone number** at the bottom of the form.

2. **Fold your completed request form and place it in the enclosed envelope.**
   If your envelope is missing, you can use any stamped envelope addressed to your local county elections official. You can find your county election official's address at **kansasdems.org/vote**.

3. **Drop the envelope in the mail—no stamp needed!**
   Your ballot will arrive a few weeks before the election.

Voters with a current Kansas driver's license or Kansas non-driver identification card can also request a ballot by mail online at www.KSVotes.org.

Paid for by the Kansas Democratic Party, kansasdems.org. Not authorized by any candidate or candidate's committee.

BOL20007 LTR

156339

Office of the Kansas Secretary of State
## Application for Advance Ballot by Mail
DOWNLOAD THIS FORM AT WWW.SOS.KS.GOV



FORM
AV1M

### 1. Affirmation

Affirmation of an Elector of the County of _____Shawnee_____ and State of Kansas Desiring to Vote an Advance Voting Ballot

State of _____, County of _____, ss: (where application is completed)

### 2. Voter Identification Requirements

I understand that my current and valid Kansas driver's license number or Kansas nondriver's identification card number must be provided in order to receive a ballot.

Current Kansas driver's license number or nondriver's identification card number: _____

If I do not have a current and valid Kansas driver's license number or Kansas nondriver's identification card number, I must provide a copy of one of the following forms of photo identification with this application in order to receive a ballot.

- Driver's license issued by Kansas or another state
- Nondriver's ID card issued by Kansas or another state
- U.S. passport
- Concealed carry of handgun license issued by Kansas or another state
- Employee badge or ID document issued by a government office

- U.S. military ID
- Student ID card issued by an accredited Kansas postsecondary educational institution
- Public assistance ID card issued by a government office
- ID card issued by an Indian tribe

### 3. Personal Information   Please print.

| ▓▓▓ | ▓▓▓ | J | 09/▓▓▓ |
|---|---|---|---|
| Last Name | First Name | M.I. | Date of Birth (MM/DD/YY) |

| ▓▓Lime St | Topeka | KS | 66616 |
|---|---|---|---|
| Residential Address | City | State | Zip Code |

Political Party (To be filled in only when requesting a primary election ballot): ☐ Democratic ☐ Republican

### 4. Address to Mail Ballot (if different from residential address)

| ▓NE Lime St | Topeka | KS | 66616-▓▓ |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

**Note:** The ballot may be mailed only to the voter's residential or mailing address as indicated on the county voter registration list, to the voter's temporary residential address, or to a medical care facility where the voter resides. These restrictions do not apply to a voter who has an illness, disability or who lacks proficiency in the English language. Ballots cannot be mailed until 20 days before the election.

### 5. Voter Signature   Note: False statement on this affirmation is a severity level 9, nonperson felony.

I do solemnly affirm under penalty of perjury that I am a qualified elector residing at the address listed above, or I am authorized to sign for the above named voter who has a disability preventing the voter from signing an application. I am entitled to vote an advance voting ballot and I have not voted and will not otherwise vote at the election to be held on

November 3, 2020 _____ (date).

**Required** ▶

| _____ | _____ | _____ |
|---|---|---|
| Signature of Voter | Date (MM/DD/YY) | Phone Number |

Voter ID Number: ▓▓▓▓    ▓▓▓▓▓

FOR OFFICE USE ONLY Date App. Rec'd _____ Ballot Mailed _____ Transmitted by _____

Prepared by the Office of the Secretary of State, 1st Floor, Memorial Hall, 120 S.W. 10th Avenue, Topeka, KS 66612-1594.
KSA 25-1122d(a). Rev 6/1/20 tc

BOL20007 FORM